In the Matter of the Probate of the Will of ANNA M. BROWNING, Deceased.

JOSEPH G. BROWNING, JR., et al., Appellants; BARBARA BROWNING, Respondent.

*Matter of Browning*, 165 App. Div. 911, affirmed.
(Argued March 1, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1914, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Anna M. Browning, deceased.

*William E. Warland* for appellants.

*Richard Dudensing, Jr.*, for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.